UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HENRY FROMETA GONZALEZ, ) | 2:11-CV-02061-PMP-RJJ |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| HIGH DESERT STATE PRISON, ) | |
| ) | |
| Defendant. ) | |

This matter has been referred by the United Stated Court of Appeals for the Ninth Circuit to the undersigned for the limited purpose of determining whether in forma pauperis status should continue for this appeal, or whether the appeal is frivolous or taken in bad faith.

While this Court makes no finding regarding whether Plaintiff/Appellant's appeal was taking in bad faith, the Court finds it is indeed a frivolous appeal. As a result, this Court finds that in forma pauperis status should not continue for this appeal.

**IT IS SO ORDERED.**

DATED: March 5, 2012.

_____
PHILIP M. PRO
United States District Judge